UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 06-20755-CIV-HUCK/WHITE

CARDINAL MARVIN DAMES,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to Movant Cardinal Marvin Dames' Motion for Writ of Error Corum Nobis pursuant to 28 U.S.C. § 1651 and motion to vacate sentence, correctly docketed as a motion to vacate filed pursuant to 28 U.S.C. § 2255 ("Motion"). The Motion claims that counsel was ineffective if petitioner's criminal case, Case NO 00-803-CR-Huck, for failing to advise the movant that his conviction could result in deportation. The Court had referred the Motion to Magistrate Judge Patrick A. White for a report and recommendation. On August 11, 2009, Magistrate Judge White issued his report recommending that the Motion be dismissed as a successive motion to vacate pursuant to 28 U.S.C. § 2255 and because, on its face, the Motion is barred by the one year statute of limitations provided by 28 U.S.C. § 2255. On August 17, 2009 the government filed its response to the Motion. The Movant has not filed a response to Magistrate Judge White's Report.

The Court has considered Magistrate Judge White's Report, the government's response and has reviewed this case *de novo*. The Court concludes that the Motion is in fact a successive motion to vacate and time barred which is subject to dismissal for the reasons set forth in the Report. Therefore, for the reasons stated in the Report and upon independent review of the file, it is hereby ORDERED and ADJUDGED as follows that the Report and Recommendation is adopted and the Motion is denied.

DONE and ORDERED at Miami, Florida this August 31, 2009.

                                                 Paul C. Huck
                                                 United States District Judge

**Copies furnished to:**
Cardinal Marvin Dames, *pro se*
Counsel of Record
Magistrate Judge Patrick White